No. 175. ANDREWS *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 176. RAINEY ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 177. RAINEY *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 178. STODDARD *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 179. ANDREWS *v.* COMMISSIONER OF INTERNAL REVENUE. October 11, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Alexander S. Andrews* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, Samuel H.*

*Levy,* and *F. E. Youngman* for respondent. Reported below: 135 F. 2d 314.